Case 2:10-cv-05051-SMJ    Document 61    Filed 07/12/12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., SALINA SAVAGE, SAVAGE LOGISTICS, LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>WASHINGTON CLOSURE HANFORD LLC; FEDERAL ENGINEERS AND CONSTRUCTORS, INC.; PHOENIX ENTERPRISES NW, LCC; DENNIS HOUSTON; BERNIE LAVERENTZ; AND JONETTA EVERANO,<br><br>        Defendants. | NO. CV-10-5051-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED PROTECTIVE ORDERS REGARDING HIGHLY CONFIDENTIAL DESIGNATION FOR 1) WCH PERSONNEL/EMPLOYMENT RECORDS AND 2) SAVAGE LOGISTICS' PROFIT AND PERFORMANCE ON CONTRACTS** |

    Before the Court are the parties' Stipulated Protective Order [Motion] Regarding Highly Confidential Designation for Washington Closure Hanford, LLC (WCH) Personnel/Employment Records, ECF No. 58, and Amended Stipulated Protective Order [Motion] Regarding Highly Confidential Designation and Redaction for Savage Logistics' Profit and Performance on Contracts, ECF No. 60. After reviewing the stipulations and the record, the Court is fully informed and grants both stipulations.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    The Stipulated Protective Order [Motion] Regarding Highly Confidential Designation for Washington Closure Hanford, LLC (WCH) Personnel/Employment Records, **ECF No. 58**, is **GRANTED** as set forth below.

ORDER * 1

2. The Amended Stipulated Protective Order [Motion] Regarding Highly Confidential Designation and Redaction for Savage Logistics' Profit and Performance on Contracts, **ECF No. 60**, is **GRANTED** as set forth below.

3. Testimony, documents, and information pertaining to the following are designated ATTORNEY EYES ONLY: 1) the WCH personnel/employment records, bates numbers WCH025783 – 25978, and 2) the records of profit and loss on other Savage Logistics contracts (which may also be partially redacted as to the identity of the customer), bates numbers SAVAGE 000001-SAVAGE 000419.

4. Except as otherwise ordered by the Court or agreed by the parties in writing in advance, disclosure of testimony, documents and information relating to the 1) personnel/employee records designated as "ATTORNEY EYES ONLY" and associated Derivative Material, and 2) records of profit or loss on particular contracts performed by Savage Logistics designated as "ATTORNEY EYES ONLY" and associated Derivative Materials, shall be restricted to the following persons:

    a) Counsel of record for the parties in this Litigation, and their employees, paralegals, and other secretarial and support personnel working under counsel's supervision;

    b) In house counsel for any of the parties who are working to assist Counsel of Record;

    c) Judges, law clerks, and other personnel of the Court before which this Litigation is pending;

    d) The trier of fact;

    e) Stenographic reporters and videographers at depositions and other proceedings in this Litigation; and

ORDER * 2

    f) Non-party witnesses in the Litigation only to the extent that such disclosure is strictly necessary in connection with giving testimony in the Litigation.

  5. All other paragraphs in the November 28, 2011 Stipulated Protective Order, ECF No. 35, shall be applicable to these documents. With the exception of the limitations set forth above, these documents shall be treated in the same manner as Highly Confidential documents.

  6. The Stipulated Protective Order [Motion] Regarding Highly Confidential Designation and Redaction for Savage Logistics' Profit and Performance on Contracts, **ECF No. 59**, is **DENIED AS MOOT** because it was amended.

  **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

  **DATED** this ___12th___ day of July 2012.


          S/ Edward F. Shea
          EDWARD F. SHEA
       Senior United States District Judge

Q:\Civil\2010\5051.stip.prot.orders.lc1.wpd

ORDER * 3