UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SALINA SAVAGE, SAVAGE LOGISTICS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON CLOSURE HANFORD LLC; FEDERAL ENGINEERS AND CONSTRUCTORS, INC.; PHOENIX ENTERPRISES NW, LLC; PHOENIX-ABC JOINT VENTURE; and ACQUISITION BUSINESS CONSULTANTS,<br><br>Defendants. | No. 2:10-CV-05051-SMJ<br><br>**ORDER DENYING RECONSIDERATION** |

Before the Court, without oral argument, is Defendant Washington Closure Hanford's (WCH) Motion for Reconsideration, ECF No. 373. WCH asks the Court to reconsider its decision to extend certain case management deadlines for non-intervened claims. WCH argues that Plaintiff Salina Savage has not demonstrated diligence in pursuing discovery on the non-intervened claims and therefore good cause did not exist to extend any deadlines. The Court granted Plaintiff's motion because it found that she had demonstrated diligence and good

ORDER DENYING RECONSIDERATION- 1

cause existed to extend the discovery cutoff and related deadlines for non-intervened claims. WCH has not demonstrated that this was error. Moreover, WCH has not demonstrated that it will be prejudiced by the relatively short extension of certain deadlines in this case.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Defendant's Motion for Reconsideration, **ECF No. 373**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 3rd day of October 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DENYING RECONSIDERATION- 2