FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SALINA SAVAGE, SAVAGE LOGISTICS, LLC,,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON CLOSURE HANFORD LLC; FEDERAL ENGINEERS AND CONSTRUCTORS, INC.; PHOENIX ENTERPRISES NW, LLC; PHOENIX-ABC JOINT VENTURE; ACQUISITION BUSINESS CONSULTANTS; SAGE TEC, LLC; and LAURA SHIKASHIO,<br><br>Defendants. | No.  2:10-CV-05051-SMJ<br><br>**ORDER DISMISSING DEFENDANTS FEDERAL ENGINEERS AND CONSTRUCTORS, INC, SAGE TEC, LLC, AND LAURA SHIKASHIO** |

On October 12, 2017, the parties filed a stipulated dismissal of Defendant Federal Engineers and Constructors, Inc. ECF No. 380. On October 13, 2017, the parties filed a stipulated dismissal of Defendants Sage Tec, LLC and Laura Shikashio. ECF No. 381.

//

ORDER - 1

Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal of Defendant Federal Engineers and Constructors, Inc., **ECF No. 380**, is **GRANTED.**

2. The parties' Stipulation of Dismissal of Defendants Sage Tec, LLC and Laura Shikashio, **ECF No. 381**, is **GRANTED**

3. All claims against Federal Engineers and Constructors, Inc., Sage Tec, LLC, and Laura Shikashio are **DISMISSED WITH PREJUDICE**.

4. Except as expressly stated in the parties' settlement agreements, each party shall bear its own costs, expenses, and attorney's fees.

5. The Clerk's Office is directed to terminate Federal Engineers and Constructors, Inc., Sage Tec, LLC, and Laura Shikashio as parties to this action.

6. The Court shall retain jurisdiction to enforce the terms of the parties settlement agreements.

7. This action continues with respect to claims against Defendants Washington Closure Hanford, LLC; Phoenix Enterprises NW, LLC; Phoenix-ABC Joint Venture; and Acquisition Business Consultants.

1    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

2    provide copies to all counsel.

3    **DATED** this 16th day of October 2017.

                    _____
                    SALVADOR MENDOZA, JR.
                    United States District Judge

ORDER **-** 3