FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SALINA SAVAGE, qui tam as Relator, and SAVAGE LOGISTICS LLC,<br><br>              Plaintiffs,<br><br>              v.<br><br>WASHINGTON CLOSURE HANFORD LLC; PHOENIX ENTERPRISES NW LLC; PHOENIX-ABC JOINT VENTURE; and ACQUISITION BUSINESS CONSULTANTS,<br><br>              Defendants. | No. 4:10-CV-05051-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 9, 2018, the parties filed a stipulated dismissal, ECF No. 470. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.** The parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P 41, **ECF No. 470**, is **GRANTED.**

ORDER **-** 1

**2.** All claims in the Relators' Third Amended Complaint, ECF No. 168, and in the United States' Complaint in Intervention, ECF No. 157, are **DISMISSED WITH PREJUDICE** to the relator plaintiffs.

**3.** All claims in the United States' Complaint in Intervention, ECF No. 157, and all claims within "Covered Conduct" as defined in the parties' settlement agreement are **DISMISSED WITH PREJUDICE** to the United States. All other claims are **DISMISSED WITHOUT PREJUDICE** to the United States.

**4.** This Court shall have continuing jurisdiction to adjudicate disputes that may arise concerning attorney's fees, costs, and expenses.

**5.** All pending motions are **DENIED AS MOOT.**

**6.** All hearings and other deadlines are **STRICKEN.**

**7.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of July 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2