# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SALINA SAVAGE, qui tam as Relator, and SAVAGE LOGISTICS LLC,<br>*Plaintiff*<br>v.<br>WASHINGTON CLOSURE HANFORD LLC; PHOENIX ENTERPRISES NW LLC; PHOENIX ABC JOINT VENTURE; and<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 2:10-cv-05051-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Relator Salina Savage's Motion and Memorandum for an Award of Relator's Expenses, Attorneys' Fees, and Costs, ECF No. 500, is GRANTED. Defendant Washington Closure Hanford LLC shall pay Relator Salina Savage a total award of $1,409,438.84. Attorney fees in the amount of $1,223,402.50. Costs and expenses in the amount of $186,036.34. Judgment is entered in favor of Relator.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on a motion for an Award of Relator's Expenses, Attorneys' Fees, and Costs.

Date: August 27, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer